IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JESSICA MILLER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 14-00468-CG-B |
| | ) |
| **EDWIN J. SPENCE,** | ) |
| **EDWIN J. SPENCE, JR.,** | ) |
| **PORT II SEAFOOD OYSTER** | ) |
| **BAR, INC.,** | ) |
| **GULF COAST STEAMER, INC., and** | ) |
| **THE SHRIMP BASKET, INC.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (Doc. 40) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Plaintiffs' Motion for Conditional Certification be **GRANTED**, in part, and **DENIED**, in part, and that Defendants' Motion to Strike Plaintiffs' Supplemental Evidentiary Submission be **DENIED**.

**DONE and ORDERED** this 22nd day of April, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE