IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSICA MILLER, et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| vs. | )  Civil Action No. 14-0468-CG-B |
| | ) |
| EDWIN J. SPENCE, et al., | ) |
| | ) |
|    Defendants. | ) |
| | ) |

**ORDER**

This matter is before the Court on the joint motion to approve settlement filed by the three named Plaintiffs, all fifty-three[1] Opt-In Plaintiffs named therein and Defendants Edwin J. Spence, Edwin J. Spence, Jr., Port II Seafood & Oyster Bar, Inc. ("Mikee's"), Gulf Coast Steamer, Inc. ("Steamer"), The Shrimp Basket, Inc., Spence Enterprises, Inc., and Shrimp Basket of Orange Beach, Inc. (collectively referred to herein as "Defendants"). (Doc. 113), and Defendants' supplemental filings in support of that motion (Doc. 119). The Court previously found that the proposed payment totaling $260,326.54 in back wages, liquidated damages and class representative incentive payments was in fact a fair and reasonable settlement of a bona fide dispute under the FLSA, but ordered the parties to provide additional information to support the reasonableness of their agreed attorneys' fees and

---

[1] Opt-In Plaintiff Cindy Yarborough (Doc. 92-3) was outside the three-year statute of limitations and was dismissed from this action by joint stipulation of the parties. (Docs. 114, 116, 117).

costs. (Doc. 118).  Plaintiffs' counsel have now filed additional support for the reasonableness of the proposed attorneys' fees and costs.

The parties have agreed that Defendant shall pay $130,000.00 in attorneys' fees and costs. (Doc. 113, p. 15).  The Plaintiffs state that attorneys' fees were agreed upon separately and without regard to the amount paid to Plaintiffs. (Doc. 113, p. 14).  Counsel reports that the amount for attorneys' fees and costs was not discussed until after Defendants had agreed to pay Plaintiffs $260,326.54 as settlement for their individual claims. (Doc. 113, p. 15).  The Plaintiffs have also submitted the affidavits of attorneys Daniel Arciniegas and Rachel L. McGinley and a detailed itemization of the hours and rates charged for work performed in the case. (Doc. 119-1). Upon review of the motion and supporting documents, the Court finds that the agreed attorneys' fees and costs are reasonable.

## CONCLUSION

The Court finds that the proposed payment to Plaintiffs in the total amount of $260,326.54 plus $130,000.00 in attorneys' fees and costs is a fair and reasonable settlement of a bona fide dispute under the FLSA. Accordingly, the parties' joint motion (Doc. 113) is **GRANTED** and the proposed settlement agreement is hereby **APPROVED**.

**DONE** and **ORDERED** this 18th day of May, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE